UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER E. CRAMER,<br><br>        Petitioner,<br>   v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>        Respondents. | No. EDCV 09-1232 PSG (FFM)<br><br>ORDER SUMMARILY DISMISSING PETITION |

On June 30, 2009, petitioner, a federal inmate currently incarcerated at the United States Penitentiary in McCreary, Kentucky, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 ("Petition").

**CONTENTION**

Petitioner contends that while incarcerated at the United States Penitentiary in Victorville, California, prison authorities lost some of petitioner's property. Petitioner filed a claim seeking $1,300 for reimbursement. Petitioner alleges that he received no response to his claim. Petitioner does not specify what relief he expects this Court to award him.

**DISCUSSION**

The Court is obligated to address the issue of jurisdiction before it can reach the merits of petitioner's claim. *See Hernandez v. Campbell*, 204 F.3d 861, 865-66 (9th Cir. 2000). Challenges to the legality of a conviction or a sentence generally must be

made in a motion to vacate sentence filed under 28 U.S.C. § 2255 in the sentencing court. Challenges to the manner, location, or conditions of a sentence's execution must be filed under 28 U.S.C. § 2241 in the custodial court. *See Hernandez*, 204 F.3d at 864; *Doganiere v. United States*, 914 F.2d 165, 169-70 (9th Cir. 1990). Finally, challenges to conditions of confinement must be brought through a civil rights action. *See Badea v. Cox*, 931 F.2d 573, 574 (9th Cir. 1991). Here, petitioner appears to seek unspecified relief from the "Supervisory Attorney of Metropolitan Detention Center in Los Angeles" for not responding to petitioner's "Tort Claim." Such a claim does not implicate the execution of petitioner's sentence and, therefore, is not within the purview of a 28 U.S.C. § 2241 petition.[1]

## CONCLUSION

IT IS HEREBY ORDERED that judgment be entered denying the Petition without prejudice for lack of jurisdiction.

DATED: ___July 15, 2009_____

_____
PHILIP S. GUTIERREZ
United States District Judge

Presented by:

/S/ Frederick F. Mumm
_____
FREDERICK F. MUMM
United States Magistrate Judge

---

[1] The Court notes that actions filed pursuant to 28 U.S.C. § 2241 must be filed in the court having jurisdiction over the immediate custodian of the petitioner. *See Hernandez*, 204 F.3d at 864. Therefore, even if the Petition were within the purview of 28 U.S.C. § 2241, only the United States District Court for the Eastern District of Kentucky would have jurisdiction to entertain the Petition.